UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO ARCINIEGA CALZADA, | No. 2:23-cv-00612 DJC DB P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, | |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2023 (ECF No. 4), are adopted in full.

1

2. This action is dismissed as duplicative to *Arciniega Calzada v. Warden*, No. 2:23-cv-0599-EFB (E.D. Cal.).

3. The Motion for Extension of Time to Respond (ECF No. 3) is denied as moot.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 7, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

arci0612.800.hc2241